# COLLIER COUNTY SHERIFF'S OFFICE
# SWORN STATEMENT

| | |
|---|---|
| **Statement of: Paula Dios** | **Location of Statement: 655 Edenfield Way** |
| **DOB:** [redacted] | **Date: September 17, 2020** **Time: 03:44 am** |
| **Address:** | **Detective: David Hurm Jr., ID #0831**<br>**Scott Pepin, ID #3005** |
| **Phone Number:** | **Case #: 20-365971** |
| | **Case Type:** |
| **Transcribed by: Same Day Transcriptions** | |

D. And then basically, we just wanted to ask you for your name and your date of birth. This is a taped sworn statement in reference to Case No: 20-365971. Today's date is September 17, 2020. The time is approximately 3:44 am.

My name is Detective David Hurm Jr., ID #0831. With me is Detective Scott Pepin, ID #3005. This statement is being taken at 655 Edenfield Way. With me is a Ms. Paula Dios.

Ma'am, for the record, please state your name and date of birth.

A. Paula Dios. [redacted]

D. Can you raise your right hand? Do you swear and affirm the statement you're about to give it the truth, the whole truth, and nothing but the truth?

A. Yes.

D. Obviously, you see the police vehicles outside. Something had occurred tonight. In your own words, would you please talk us through what happened.

A. Since the beginning?

D. Since the beginning.

A. Okay. I was lying down in the living room sleeping, because I was having a difficult time in the room when I heard that there was scattering outside. I waited because sometimes it's a bear that's outside, and then I heard somebody try to pull open the door, and then they're screaming, they were yelling

something about, "Let me in, let me in." So, I ran to the room and I proceeded to call my husband and tell him, "There's somebody at the back door." And then he came out--yeah, the back door. So, then my husband came, he tried to talk to the person and tell him, "What do you want? Who are you?" And then the person said, "Let me in. Let me in," and "They're trying to kill me, they're trying to kill me." So, my husband is like, "I'm sorry, I'm not going to open the door."

So, then the man proceeded to come to the front of the house--and then I'm not sure because I went to call 911 because he was still very insistent in trying to open the door. Then my sister is the one that told me, " He's grabbed the shovel. Call 911. We don't know what he's going to do, he has the shovel in his hand." And he's like at the door. And he came to the front door and he was still trying to open the door, trying to open it, like opening, like forcing the door to open. But it's our luck he couldn't get in.

And then I checked through the window just to see if the police had arrived and then I saw that they stopped right in front of the neighbor's house. They stopped in front of the neighbor's house and the man still was trying to get in. After that, he left, he went from here and he walked towards the--he charged towards the policeman that had arrived.

D. When you say "charged", what do you mean by "charged"?

A. Like I saw him like run towards the--like the policemen were telling him, "Stop. Don't move. Stop," and he was still like--he ran towards them with the shovel that he had in his hands, because I was peeping through the window to make sure they were coming already, because we were starting to get really scared because he wasn't moving from the door. And then I see that the police--because I was looking through the window from the room, and he was like, "Stop. Don't move." And he was running towards them with the shovel in his hand.

D. As you're saying this, you're gesturing with your hands over your shoulder.

A. Yeah, because he had the shovel over his--like he was...

D. He had it in both hands.

A. Yes, he had it.

D. And he had the shovel handle in his hand.

A. Yes.

D. And the digging was over his shoulder.

A. Yes.

D. When you saw that, what did you think?

A. I was like--I didn't even know what to think. I was just like, "Is he going at the policeman?" And the policeman was like, "Stand still," like trying to tell him to stand where he was at. And then he wouldn't, he was like not listening to what they were telling him.

D. Do you think that he had the shovel position to where he could swing it at something?

A. Yes, he did.

D. So, it wasn't on the ground, it wasn't passive.

A. No.

D. Would you say it was in a very aggressive stance?

A. Yes, it was in a very aggressive stance.

D. Did you think that he was--what did you think was going to happen when he ran at the cops?

A. I thought he was going to hit the cop with the shovel.

D. With the shovel.

A. Yes.

D. Did you hear any gunshots?

A. I did hear the gunshots?

D. How many did you hear?

A. Um... I want to say I only heard two.

D. And what type of things were the officers yelling at this person?

A. They were telling him to stop, not to--they were telling him like, "Stop. Don't move." You couldn't really hear it, but they like doing the um... it was more like, "Stop. Stop. Don't move." And they told him--one of them told him first and then the other one told him too, because it was both of them at the same time that they were both telling him to not move and to stand where he was at.

But when we were here, we told him--my husband did tell him, "I'm going to call the police; you need to stop trying to get in." And he was like, "Call them. I don't care. Call them."

D. At any time, did he tell you, "Hey, it's such and such, let me in."?

A. Never.

D. He never identified himself.

A. He never identified himself.

D. Do you know this person?

A. We know him because um... we see him walking around--he's always walking. But we are--I personally don't know him.

D. So, do you think that he's somebody that lives in the village?

A. Yes, we know he does live around this section. He lives on the opposite side of this street... I don't...

D. Closer to Alexander?

A. No, right--you know where the stop--?

D. Uh-huh.

D. The street on that side is where he lives at. Alhambra Circle is where he lives. And I knew him because--I'd seen him because he was a former parent to one of the students I had--I worked as an after-school tutor and I had his son, but that was like--I want to say like five years back.

D. Do you know their name?

A. The person?

D. Yes.

A. Nicholas [Mangus].

D. That's his name?

A. Yes, that's his name.

D. And when your husband was yelling at him, was he yelling in English or Spanish?

A. Spanish. He was yelling in Spanish.

D. And you also said something to him in English?

A. No, he did. Because I was behind my husband, like...

D. Right. But he was yelling at you people inside the house.

A. Yes, he was yelling in Spanish.

D. In Spanish?

A. In Spanish. He was like--because that person was at the back door, he was yelling, "Let me in. Let me in. They're trying to kill me." And my husband is like, "No, no. If you really need help, come to the light where I can see you," because we couldn't see through the--anything through the back, so we told him, "Come to the front where we can see you." And then we heard him rambling and trying to grab something--because our shovel was in the back, and he grabbed it from the back and--

D. From where?

A. From the back; we had left it in our... our garbage can in the back. And he dragged it up to the front.

D. What kind of shovel?

A. It was a regular digging shovel--it was pretty heavy.

D. With the sharp point or the square point?

A. Uh... it's not square... [Spanish], it was the round point.

D. A spade? Like a spade?

A. Yeah.

D. Short handle with the little handle on it or...?

A. No, just regular.

D. Long.

A. Yeah, long. Just long.

D. You said that you knew him because of after-care--do you know his children's name?

A. His son is named after him, too.

D. His son is Nicholas also.

A. Yes, his son is named after him also.

D. And what school was that?

A. Village Oaks.

D. Is there anything else that you can think of that would help us piece together what happened tonight?

A. No. He did--because once he did move to the front, he did manage to tell my husband--because he was saying like he needed help. And then once he moved to the front, he did tell my husband, "Oh, open the door so we can roll up a joint together and smoke."

D. Has he ever come to your house before?

A. No, he hasn't.

D. Is there any reason why he would come to your house tonight?

A. No. No reason. No.

D. I want to thank you very much for your time. It's approximately 3:52 am, and this is going to conclude this interview.